JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GOUDA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>　　　　Respondent. | NO. CV 19-00192-RSWL (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: August 19, 2021　　　　　　　　/S/ RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　United States District Judge